

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Curtis Wayne Teer,                           * From the 441st District Court
                                               of Midland County
                                               Trial Court No. CR42737.

Vs. No. 11-15-00139-CR                       * July 20, 2017

The State of Texas,                          * Memorandum Opinion by Bailey, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.